

BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1: 1 3 MJ 0 0 05 - SKO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br> v. ) <br><br> SERGIO PATRICK RODRIGUEZ, ) <br> Javier Rodrigues, ) <br><br> Defendant. ) <br> ) | ORDER SEALING ARREST WARRANT, CRIMINAL COMPLAINT, APPLICATION AND ORDER <br><br> **Under Seal** |

     The United States of America has applied to this Court for an

Order permitting it to file the Criminal Complaint, Arrest

Warrant, Application, and this Order in the above-captioned case,

in camera under seal.  Upon consideration of the application and

the entire record herein,

     IT IS HEREBY ORDERED that the Criminal Complaint, Arrest

Warrant, Application, and this Order in the above-entitled

proceedings shall be filed with this Court in camera under seal

and shall not be disclosed to any person unless otherwise Ordered

by this Court.

DATED: March 4, 2013     _____
                              SHEILA K. OBERTO
                              U.S. Magistrate Judge

1