1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

MAR 14 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERGIO PATRICK RODRIGUEZ,<br><br>　　　　Defendant. | CASE NO. 1:13MJ54 SKO<br><br>ORDER TO UNSEAL COMPLAINT |

　　This Criminal Complaint, Arrest Warrant and Application was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

　　IT IS HEREBY ORDERED that the case be unsealed as to SERGIO PATRICK RODRIGUEZ, and be made public record.

DATED: 3/14/13

_____
~~BARBARA A. McAULIFFE~~ G. Austin
U.S. Magistrate Judge